NUMBER
13-05-524-CV

                                             

        COURT OF APPEALS

 

                      THIRTEENTH
DISTRICT OF TEXAS

 

                        CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

        IN RE THE ESTATE OF ADOLFO GARZA BETANCOURT

___________________________________________________________________

 

                On
appeal from County Court at Law No. 2

                           of
Cameron County, Texas

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, ANA B. BETANCOURT, attempted to perfect an
appeal from an order entered by County Court at Law No. 2 of Cameron County, Texas, in cause number 2005-CPC-00092-B.  The order in this cause was signed on April 14, 2005.  No timely
motion for new trial was filed.  Pursuant
to Tex. R. App. P. 26.1, appellant=s notice of appeal was
due on May 16, 2005, but was not filed until July
15, 2005.  








Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and filed this

the 1st
day of September, 2005.